**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDRE J. TWITTY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-875 NAB |
| | ) | |
| ERIC S. SCHMITT, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. The Court will give him twenty-one (21) days to do so. Plaintiff's failure to do so in a timely manner may result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

_/s/ Nannette A. Baker_
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of August, 2021.